In the Matter of Walter J. Chynoweth, Petitioner, against Holton V. Noyes, as Commissioner of Agriculture and Markets of the State of New

York, Respondent.—

All concur.